[Civil No. 2516. Filed July 8, 1926.]

[248 Pac. 28.]

## WILLIS S. YOUNG, Appellant, v. FRANK J. CORDIS, Appellee.

APPEAL from a judgment of the Superior Court of the County of Pima. Gerald Jones, Judge. Affirmed.

Mr. Edwin F. Jones, Mr. Milton M. Cohan, and Messrs. Baker & Whitney, for Appellant.

Messrs. Mathews & Bilby and Mr. John L. Van Buskirk, for Appellee.

PER CURIAM.—This case, so far as the questions of law are concerned, is identical with *Kitt* v. *Holbert ante,* p. 397, 248 Pac. 25. It was stipulated the decision in that case would govern the judgment in this.

For the reasons stated in the Kitt case, the judgment of the superior court of Pima county is in all things affirmed.